# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0020.  TAMITRA ANECILIN LAMBERT v. THE STATE.**

Lambert filed this direct appeal from her conviction for littering in the magistrate court.[1]  On August 24, 2017, this Court transferred Tamitra Anecilin Lambert's appeal to the Walton County State Court.  The appellee has filed a motion for reconsideration, asserting the case should be dismissed rather than transferred.  For good cause shown, the appellee's motion is GRANTED.  This Court's transfer order of August 24, 2017 is VACATED, and the appeal is REINSTATED.

However, the only avenue of appeal available from a conviction in magistrate court for violating a county ordinance is set forth in OCGA § 15-10-65, which provides that review of convictions "shall be by certiorari to the superior court."  Lambert has failed to follow the appropriate procedure for review.  This appeal is therefore DISMISSED for lack of jurisdiction.

---

[1] Lambert initially filed her appeal in the Georgia Supreme Court, which transferred the case to this Court.  See Case No. S17A1617 (decided June 5, 2017).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 10/10/2017 *
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

              *, Clerk.*